**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGELO BINNO,

    Plaintiff,

                                     Case No. 11-CV-12247-DT

v.

                                     HONORABLE DENISE PAGE HOOD

THE AMERICAN BAR ASSOCIATION,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LAW STUDENT PRACTICE

This matter is before the Court on Plaintiff's Motion for Law Student Practice pursuant to E.D. Mich. LR 83.21.  Plaintiff is represented by the Sam Bernstein Law Firm.  Plaintiff seeks an order permitting Jason M. Turkish, a law student, to assist in the representation of this matter.

The Eastern District of Michigan's law student practice rule allows eligible law students to assist the United States Attorney's Office, the Federal Defender's Office, an accredited law school, an eligible legal aid clinic and the Pro Bono Civil Assignment Panel of the Court.   E.D. Mich. LR 83.21(a) and (b).  Based on the submissions by Plaintiff, Mr. Turkish meets the academic and moral standards set by the dean of his law school, Northwestern University School of Law, as required by LR 83.21(b).  However, the Sam Bernstein Law Firm is not an eligible entity under the rule.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Law Student Practice **[No. 4, filed June 10, 2011]** is DENIED.

                                                           s/Denise Page Hood
                                                           Denise Page Hood
                                                           United States District Judge

Dated:  June 23, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 23, 2011, by electronic and/or ordinary mail.

                                              s/LaShawn R. Saulsberry
                                              Case Manager