# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANGELO BINNO,

    Plaintiff,

Case No. 11-12247

Honorable Denise Page Hood

v.

THE AMERICAN BAR ASSOCIATION,

    Defendant.

_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

Approved:                                    By: s/LaShawn R. Saulsberry
                                                      Deputy Clerk

*s/Denise Page Hood*
DENISE PAGE HOOD
United States District Judge

DATED: September 30, 2012

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2012, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry
                                  Case Manager