UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angelo Binno,

           Plaintiff(s),

v.                                      Case No. 2:11–cv–12247–DPH–MAR
                                        Hon. Denise Page Hood

The American Bar Association,

           Defendant(s).

---

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH  45202–3988

and all interested parties, by electronic means or first class U.S. mail, on October 1, 2012.

                                              DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ D. Peruski
                                              Deputy Clerk

Dated:  October 1, 2012