# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 09, 2013

Mr. Jason Marc Turkish
Law Offices
20700 Civic Center Drive
Suite 115
Southfield, MI 48404

Mr. Peter Hey Webster
Dickinson Wright
2600 W. Big Beaver Road
Suite 300
Troy, MI 48084

        Re: Case No. 12-2263, *Angelo Binno v. The American Bar Association*
            Originating Case No. : 2:11-cv-12247

Dear Counsel:

  The Court issued the enclosed Order today in this case.

                      Sincerely yours,

                      s/Karen S. Fultz
                      Case Manager
                      Direct Dial No. 513-564-7036

cc:  Mr. Richard Howard Bernstein
      Mr. David R. Deromedi
      Mr. David J. Weaver

Enclosure

Case No. 12-2263

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ANGELO BINNO

    Plaintiff - Appellant

v.

THE AMERICAN BAR ASSOCIATION

    Defendant - Appellee

Upon consideration of the joint motion to hold the case in abeyance,

It is therefore ORDERED that the motion be, and it hereby is, DENIED.

It is further ordered that the Clerk's Office will reset briefing accordingly.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: April 09, 2013