# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 01, 2014

Mr. Richard Howard Bernstein
Law Office
31731 Northwestern Highway
Suite 333
Farmington Hills, MI 48334

> Re: Case No. 12-2263, *Angelo Binno v. The American Bar Association*
> Originating Case No. : 2:11-cv-12247

Dear Counsel:

The Court issued the enclosed Order today in this case.

> Sincerely yours,
>
> s/Karen S. Fultz
> Case Manager
> Direct Dial No. 513-564-7036

cc: Mr. Ali Wehby Charara
    Mr. David R. Deromedi
    Ms. Tacy Fletcher Flint
    Mr. Steven Joseph Horowitz
    Ms. Melissa Markos Nyman
    Ms. Anne E. Rea
    Ms. Ann M. Sherman
    Mr. John Mark Skakun III
    Mr. Jason Marc Turkish
    Mr. David J. Weaver
    Mr. Peter Hey Webster

Enclosure

Case No. 12-2263

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

ANGELO BINNO

    Plaintiff - Appellant

v.

THE AMERICAN BAR ASSOCIATION

    Defendant - Appellee

------------------------------

MICHIGAN ATTORNEY GENERAL BILL SCHUETTE

    Amicus Curiae

   Upon consideration of the motion of Richard Howard Bernstein to withdraw as counsel for the appellant,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 01, 2014